## Fourth Department, February, 1975

### (February 21, 1975)

◼ In the Matter of C. James Lombardi, Jr., Appellant, v. Paul J. Regan, as Chairman of the Board of Parole, et al., Respondents. (Appeal No. 1.) — Appeal unanimously dismissed (see *People ex rel. Wilder* v. *Markley*, 26 N Y 2d 648). (Appeal from judgment of Cayuga Special Term denying application for show cause order and dismissing proceeding on the merits.) Present — Moule, J. P., Cardamone, Simons, Mahoney and Goldman, JJ.

◼ In the Matter of C. James Lombardi, Jr., Appellant, v. Paul J. Regan, as Chairman of the Board of Parole, et al., Respondents. (Appeal No. 2.) — Appeal unanimously dismissed (see *People ex rel. Wilder* v. *Markley*, 26 N Y 2d 648). (Appeal from judgment of Cayuga Supreme Court denying application for an order in the nature of prohibition.) Present — Moule, J. P., Cardamone, Simons, Mahoney and Goldman, JJ.

◼ The People of the State of New York ex rel. C. James Lombardi, Jr., Appellant, v. Robert J. Henderson, as Superintendent, Respondent. (Appeal No. 3.) — Appeal unanimously dismissed (see *People ex rel. Wilder* v. *Markley*, 26 N Y 2d 648). (Appeal from judgment of Cayuga Supreme Court denying application for a writ of habeas corpus.) Present — Moule, J. P., Cardamone, Simons, Mahoney and Goldman, JJ.

◼ In the Matter of the Arbitration between Federal Broadcasting System, Inc., Appellant, and Heritage Radio and Television Broadcasting Co., Inc., et al, Respondents. — Motion unanimously granted and appeal dismissed, with costs. If we were to reach the merits of the appeal we would affirm. (Appeal from judgment of Monroe Special Term confirming award of arbitrators.) Present — Marsh, P. J., Moule, Simons and Del Vecchio, JJ.

◼ Cassiol Construction Co., Inc., Appellant-Respondent, v. Board of Education, Central School District No. 1, Towns of Eden, Evans, Boston and North Collins, Respondent-Appellant.— Judgment unanimously affirmed, without costs upon the opinion at Trial Term (King, J.). (Appeals from part of judgment of Erie Trial Term in action for insurance proceeds.) Present — Cardamone, J. P., Simons, Mahoney, Goldman and Witmer, JJ.